**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1676**

NATHANIEL M. COSTLEY, SR., The Estate of Mary Jane Costley; THE ESTATE OF MARY JANE COSTLEY,

Plaintiffs - Appellants,

v.

BANK OF AMERICA, N.A., f/k/a Countrywide Home Loans Servicing, LP, Individually and as successor by merger to BAC Home Loans Servicing, LP; GREEN TREE LENDING; NATIONSTAR MORTGAGE, LLC,

Defendants - Appellees,

and

COUNTY WIDE HOME LOAN,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:13-cv-02488-ELH)

Submitted: November 29, 2018          Decided: December 3, 2018

Before DUNCAN and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nathaniel M. Costley, Sr., Appellant Pro Se. Melissa O. Martinez, MCGUIREWOODS, LLP, Baltimore, Maryland; Henry Falkner Reichner, REED SMITH, LLP, Philadelphia, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Costley, Sr., personally and on behalf of the Estate of Mary Jane Costley, appeals the district court's orders granting summary judgment in favor of the Defendants in his action alleging violations of the Truth in Lending Act, 15 U.S.C. §§ 1601-1667f (2012), and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p (2012), as well as claims of fraud, breach of contract, and conversion in connection with loans extended to his grandmother in 2006 and 2007, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costley v. Bank of Am., N.A.*, No. 1:13-cv-02488-ELH (D. Md. May 9, 2017, Nov. 20, 2017, & May 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*